IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION


B. DIANE TAMARIZ-WALLACE, et al.,

                Plaintiffs,

v.                                        Case No. 1:09-cv-00667(JFM)

NATIONWIDE MUTUAL INSURANCE
COMPANY, et al.,

                Defendants.
_____/

NATIONWIDE MUTUAL INSURANCE
COMPANY,

                Plaintiff,

v.                                        Case No. 1:09-cv-01867(JFM)

B. DIANE TAMARIZ-WALLACE, et al.,

                Defendants
_____/


**[PROPOSED] JOINT STIPULATION AND ORDER REALIGNING THE PARTIES AND CLAIMS, WITHDRAWING CERTAIN MOTIONS FOR LEAVE TO AMEND AND TO DISMISS, AND ESTABLISHING A NEW CASE SCHEDULE**

Now come the parties to these actions, and stipulate as follows:

1.      It is agreed and ordered that the parties in this consolidated case shall be realigned as follows: Nationwide Mutual Insurance Company shall be Plaintiff; B. Diane Tamariz-Wallace, Diane Tamariz & Associates, P.A., and Moran Insurance Services, Inc. shall be Defendants/Counterclaimants; and Nationwide Bank shall be an additional Counterclaim-Defendant.

2.      It is further agreed that B. Diane Tamariz-Wallace, Diane Tamariz & Associates, P.A., and Moran Insurance Services, Inc. hereby withdraw their motion to amend their complaint (Doc. 28 in Case No. 1:09-cv-667). It is further agreed that, if those plaintiffs institute an action in the state courts addressing the post-termination activities of Nationwide and its agents or employees, neither Nationwide nor Nationwide Bank will assert that those claims are compulsory counterclaims in the above-captioned cases or that the Tamariz plaintiffs have split their causes of action.

3.      It is further agreed that the Complaint of B. Diane Tamariz-Wallace, Diane Tamariz & Associates, P.A., and Moran Insurance Services, Inc. presently on file in Case No. 1:09-cv-667 shall be denominated as a Counterclaim in the consolidated case. (But see Paragraph 5(a) below.)

4.      It is further agreed that Nationwide Mutual Insurance Company and Nationwide Bank hereby withdraw their Motion to Dismiss, filed on April 20, 2009 in the

case captioned *B. Diane Tamariz-Wallace, et al. v. Nationwide Mutual Insurance Company, et al.,* Case No. 1:09-cv-667, without prejudice.

    5.    It is further agreed that the schedule for the consolidated case shall be revised as follows:

    (a)    Pursuant to Fed.R.Civ.P. 15(a)(2), Defendants B. Diane Tamariz-Wallace, et al. consent to the filing of plaintiff Nationwide Mutual Insurance Company's Second Amended Complaint in Case No. 1:09-cv-1867. (Nationwide's motion for leave to file is Doc. 57, et seq.)  The time to respond to the second amended complaint under Fed. R.Civ.P. 15(a)(3) will be extended by fifteen (15) days. The response will include amended affirmative defenses and counterclaims, superseding the counterclaim identified in Paragraph 3, above.  The current October 26, 2009 deadline for amendment of pleadings and joinder of additional parties is stricken.

    (b)    Primary Expert Witness Disclosures shall be made by February 8, 2010;

    (c)    Rebuttal Expert Witness Disclosures shall be made by March 22, 2010;

    (d)    Rule 26(e)(2) Supplementation of Disclosures and Responses shall be made by March 30, 2010;

    (e)    Discovery shall be completed by April 25, 2010;

    (f)    Status Report shall be submitted by April 25, 2010;

    (g)    Dispositive motions shall be filed by May 28, 2010.

IT IS SO ORDERED, this ___ day of October, 2009.

_____
J.F. MOTZ, Judge

AGREED TO, THIS 16th DAY OF OCTOBER, 2009, BY AND BETWEEN:

*/s/ Quintin F. Lindsmith*

Quintin F. Lindsmith (OH #0018327)
James P. Schuck (OH #9972356)
Sommer L. Sheely (OH #0076071)
Bricker & Eckler, LLP
100 S. Third Street
Columbus, Ohio 43215
TEL:  614 227-8802
FAX: 614-227-2390
Email:  qlindsmith@bricker.com;
jschuck@bricker.com;
ssheely@bricker.com
*Admitted Pro Hac Vice*

Patricia McHugh Lambert (MD #02539)
Steven B. Schwartzman (MD #04686)
Robin D. Korte (MD #_____)
Hodes Pessin & Katz, P.A.
901 Dulaney Valley Road, Ste 400
Towson, MD 21204
TEL:  410 388-8800
FAX: 410 832-5628
Email:  plambert@hpklegal.com;
sschwartzman@hpklegal.com;
rkorte@hpklegal.com

*Counsel for Plaintiff*
*Nationwide Mutual Insurance Company and Additional Counterclaim-Defendant, Nationwide Bank*

*/s/ William P. Tedards, Jr.*

William P. Tedards, Jr. (DC #143636)
1101 30th Street, N. W. Suite 500
Washington, DC 20007
TEL:   202 797-9135
FAX:  202 797-9139
Email: skeener@tedards.net
*Admitted Pro Hac Vice*

Michael P. Darrow (MD #02891)
Brian D. Lyman (MD #27360)
Hillman, Brown and Darrow, P.A.
221 Duke of Gloucester Street
Annapolis, Maryland 21401
TEL:  410 263-3131
FAX: 410 269-7912
Email: mpd@hbdlaw.com; bdl@hbdlaw.com

*Counsel for Defendants/Counterclaimants,*
*B. Diane Tamariz-Wallace,*
*Diane Tamariz & Associates, P.A., and*
*Moran Insurance Services, Inc.*