## George T. Moran, Inc.
### Informal Action of Board of Directors

The undersigned, being all of the Directors of George T. Moran, Inc., a Maryland Corporation, take the actions set forth below, and to evidence their waiver of any right to dissent from such actions, consent as follows:

**Resolved:** That, due to a pending lawsuit against the Corporation, the Corporation is directed to file for Chapter 11 bankruptcy.

**Resolved:** That the proper officers of the Corporation are authorized and directed in the name of the Corporation to take all actions necessary, following approval of the stockholders, to execute, acknowledge, seal and file all documents deemed necessary or proper in connection therewith.

The informal action of the Directors may be executed in counterparts.

**Witness** the execution hereof the day, month and year first above written.

4.13.10

DIRECTORS:

_C David Wallace_
C DaVid Wallace

_Samauy Wallace_

BRETT WEISS P.C.
A PROFESSIONAL CORPORATION
18200 LITTLEBROOKE
OLNEY, MD 20832
(301) 924-4400
lawyer@erols.com

EXHIBIT

A