B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Maryland

In re    **Charles David Wallace,**
         **Brenda Diane Tamariz Wallace**

Debtors

Case No. __10-21874__

Chapter __7__

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 850,000.00 | | |
| B - Personal Property | Yes | 4 | 12,447,575.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 2,878,976.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 311,686.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 24,439,263.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 7,385.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 7,385.00 |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| | | Total Assets | 13,297,575.00 | | |
| | | Total Liabilities | | 27,629,925.00 | |

**EXHIBIT C**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Charles David Wallace,**  
**Brenda Diane Tamariz Wallace**  
Debtors

Case No. __10-21874__

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Medicare claim reimbursement | H | 3,800.00 |
| | | Erie Auto accident claim, settlement pending | H | 500.00 |
| | | AFLAC insurance claim, settlement pending | W | 750.00 |
| | | Lawsuit against Nationwide Insurance, Federal Court #09CV00667 Attorney William Tedards | W | 10,000,000.00 |
| | | Retalitory Contract Termination, case before Maryland Insurance Administration Attorney William Tedards | W | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Honda Pilot, 104k mles, fair condition | J | 4,500.00 |
| 26. Boats, motors, and accessories. | | 1987 Morris 36' Sailboat | J | 125,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer, printer, laptop, fax | W | 1,525.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

Sub-Total >   **10,136,075.00**  
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached  
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles David Wallace,**
**Brenda Diane Tamariz Wallace**
_____, Debtors

Case No. __10-21874__

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4301-7777-1403-0872<br><br>Nationwide Bank<br>PO Box 5708<br>Hicksville, NY 11802 | | J | Consumer Debt | | | | 5,929.00 |
| Account No.<br><br>Nationwide Mutual Insurance Company<br>1 Nationwide Plaza<br>Columbus, OH 43215 | | J | Business Debt-Breach of Contract | X | X | X | 21,821,620.00 |
| Account No. 29009411260<br><br>Nissan-Infiniti LT<br>P.O. Box 660366<br>Dallas, TX 75266-0366 | | W | 2009<br>Deficiency on surrendered 2008 Infiniti M35 | | | | 13,323.00 |
| Account No.<br><br>Ohio Casualty Insurance Company<br>One Boston Place<br>Boston, MA 02108 | | J | Personal Guarantee | | | | 650,000.00 |
| Account No. 589803<br><br>Oregon Medical Group<br>PO Box 60000<br>San Francisco, CA 94160-0001 | | J | Consumer Debt | | | | 271.00 |

Sheet no. **8** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **22,491,143.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy