Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 9

| Case Number: | 10-18337 | | Trustee: | GEORGE W. LIEBMANN, TRUSTEE (400290) |
| Case Name: | GEORGE T. MORAN, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****656219 - Checking Account |
| Taxpayer ID #: | **-***7133 | | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 10/08/13 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 165,639.94 | | 165,639.94 |
| 01/25/13 | | From Account #****656265 | For Final Report | 9999-000 | 475.50 | | 166,115.44 |
| 06/28/13 | 10102 | LIEBMANN & SHIVELY, P.A. | Dividend paid 100.00% on $7,040.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 7,040.00 | 159,075.44 |
| 06/28/13 | 10103 | Office of the U.S. Trustee | Dividend paid 100.00% on $5,200.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 5,200.00 | 153,875.44 |
| 06/28/13 | 10104 | Little Plumber Boy, LLC | Dividend paid 100.00% on $125.00, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7); Reference: | 6950-000 | | 125.00 | 153,750.44 |
| 06/28/13 | 10105 | Nancy J. Eagan | Dividend paid 100.00% on $8,620.06; Claim# 16; Filed: $8,620.06; Reference: | 5300-000 | | 8,620.06 | 145,130.38 |
| 06/28/13 | 10106 | Internal Revenue Service | Dividend paid 100.00% on $19,339.09; Claim# 3P; Filed: $19,339.09; Reference: X7133 | 5800-000 | | 19,339.09 | 125,791.29 |
| 06/28/13 | 10107 | Supermedia (Formerly Idearc | Dividend paid 3.04% on $288.29; Claim# 2; Filed: $288.29; Reference: X7050 | 7100-000 | | 8.78 | 125,782.51 |
| 06/28/13 | 10108 | Internal Revenue Service | Dividend paid 3.04% on $1,168.33; Claim# 3U; Filed: $1,168.33; Reference: X7133 | 7100-000 | | 35.57 | 125,746.94 |
| 06/28/13 | 10109 | CIT TECHNOLOGY FINANCING SERVICES, INC. | Dividend paid 3.04% on $9,515.70; Claim# 4; Filed: $9,515.70; Reference: 3-000 | 7100-000 | | 289.64 | 125,457.30 |
| 06/28/13 | 10110 | Group Hospitalization and Med. Serv. | Dividend paid 3.04% on $6,555.75; Claim# 6; Filed: $6,555.75; Reference: 03UZ | 7100-000 | | 199.55 | 125,257.75 |
| 06/28/13 | 10111 | Shelley Aaserud Consultant Services | Dividend paid 3.04% on $10,086.00; Claim# 7; Filed: $10,086.00; Reference: X0001 | 7100-000 | | 306.99 | 124,950.76 |
| 06/28/13 | 10112 | Mutual Of Omaha Insurance Company | Dividend paid 3.04% on $668.39; Claim# 8-2; Filed: $668.39; Reference: | 7100-000 | | 20.34 | 124,930.42 |
| 06/28/13 | 10113 | Catlen Computer | Dividend paid 3.04% on $5,097.50; Claim# 9; Filed: $5,097.50; Reference: X3605 | 7100-000 | | 155.16 | 124,775.26 |
| 06/28/13 | 10114 | Atlantic Specialty Advertising | Dividend paid 3.04% on $1,855.09; Claim# 10; Filed: $1,855.09; Reference: 0010 | 7100-000 | | 56.46 | 124,718.80 |
| 06/28/13 | 10115 | Nationwide Mutual Insurance Company | Dividend paid 3.04% on $2,000,000.00; Claim# 14; Filed: $2,000,000.00; Reference: | 7100-000 | | 60,875.13 | 63,843.67 |
| 06/28/13 | 10116 | The Mike Egan Insurance Agency, Inc. | Dividend paid 3.04% on $554,416.84; Claim# 15; Filed: $579,416.84; Reference: | 7100-000 | | 16,875.10 | 46,968.57 |
| 06/28/13 | 10117 | Nancy J. Egan | Dividend paid 3.04% on $17,240.12; Claim# 16U; Filed: $17,240.12; Reference: | 7100-000 | | 524.75 | 46,443.82 |
| 06/28/13 | 10118 | Toal Griffith Ayers Kullman | Dividend paid 3.04% on $4,125.00; Claim# 22; Filed: $4,125.00; Reference: X1064 | 7100-000 | | 125.55 | 46,318.27 |
| 06/28/13 | 10119 | LIEBMANN & SHIVELY, P.A. | COMBINED CHECK FOR TRUSTEE | | | 15,579.02 | 30,739.25 |
| | | | Subtotals: | | $166,115.44 | $135,376.19 | |

{} Asset reference(s)

Printed: 10/08/2013

**EXHIBIT E**