# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATIONWIDE MUTUAL INSURANCE CO. | * | |
| v. | * | Civil No. JFM-09-667 |
| B. DIANE TAMARIZ-WALLACE, et. al., | * | |

## ORDER

For the reasons stated in the accompanying memorandum, it is, this 9th day of March 2016

ORDERED that the motion to lift stay (document 77) filed by Diane Tamariz-Wallace is denied.

/s/
J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2016 MAR -9 PM 4:26
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY