**APPEAL TRANSMITTAL SHEET (non-death penalty)**

| **Transmittal to 4CCA of notice of appeal filed:** _____ <br><br>\_\_\_ First NOA in Case <br>\_\_\_ Subsequent NOA-same party <br>\_\_\_ Subsequent NOA-new party <br>\_\_\_ Subsequent NOA-cross appeal <br>\_\_\_ Paper ROA  \_\_\_ Paper Supp. <br> Vols: _____ <br>Other: _____ | **District:** USDC Maryland <br><br>**Division:** Baltimore <br><br>**Caption:** | **District Case No.:** <br><br>**4CCA No(s). for any prior NOA:** <br><br>**4CCA Case Manager:** |
|---|---|---|

**Exceptional Circumstances:**   \_\_\_ Bail  \_\_\_ Interlocutory  \_\_\_ Recalcitrant Witness  \_\_\_ Other _____

| **Confinement**-Criminal Case**:** <br>\_\_\_ Death row-use DP Transmittal <br>\_\_\_ Recalcitrant witness <br>\_\_\_ In custody <br>\_\_\_ On bond <br>\_\_\_ On probation <br>**Defendant Address**-Criminal Case**:** | **Fee Status:** <br>\_\_\_ No fee required (USA appeal)    \_\_\_ Appeal fees paid in full    \_\_\_ Fee not paid <br>**Criminal Cases:** <br>\_\_\_ District court granted & did not revoke CJA status (continues on appeal) <br>\_\_\_ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) <br>\_\_\_ District court never granted CJA status (must pay fee or apply to 4CCA) <br>**Civil, Habeas & 2255 Cases:** <br>\_\_\_ Court granted & did not revoke IFP status (continues on appeal) <br>\_\_\_ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) <br>\_\_\_ Court never granted IFP status (must pay fee or apply to 4CCA) |
|---|---|
| **District Judge:** | **PLRA Cases**: <br>\_\_\_ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) <br>\_\_\_ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **Court Reporter** (list all): <br><br><br><br>**Coordinator**: | **Sealed Status** (check all that apply)**:** <br>\_\_\_\_ Portions of record under seal <br>\_\_\_\_ Entire record under seal <br>\_\_\_\_ Party names under seal <br>\_\_\_\_ Docket under seal |

| **Record Status for Pro Se Appeals** (check any applicable)**:** <br>\_\_\_ Assembled electronic record transmitted <br>\_\_\_ Additional sealed record emailed to 4cca-filing <br>\_\_\_ Paper record or supplement shipped to 4CCA <br>\_\_\_ No in-court hearings held <br>\_\_\_ In-court hearings held – all transcript on file <br>\_\_\_ In-court hearings held – all transcript not on file <br>\_\_\_ Other: | **Record Status for Counseled Appeals** (check any applicable)**:** <br>\_\_\_ Assembled electronic record available if requested <br>\_\_\_ Additional sealed record available if requested <br>\_\_\_ Paper record or supplement available if requested <br>\_\_\_ No in-court hearings held <br>\_\_\_ In-court hearings held – all transcript on file <br>\_\_\_ In-court hearings held – all transcript not on file <br>\_\_\_ Other: |
|---|---|

Deputy Clerk: _____ Phone:_____   Date:_____

01/2012