FILED: April 11, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1405
(1:09-cv-00667-JFM)

_____

B. DIANE TAMARIZ-WALLACE; DIANE TAMARIZ & ASSOCIATES, P.A.; MORAN INSURANCE SERVICES, INC.; GEORGE T. MORAN, INC.; C. DAVID WALLACE

   Plaintiffs - Appellants

v.

NATIONWIDE MUTUAL INSURANCE COMPANY; NATIONWIDE BANK; CORRIGAN INSURANCE, INC.; WILLIAM P. CORRIGAN, JR.; C. W. "KIP" HAYES, III; CHARLENE E. HARDEE; SAMUEL BRADSHAW, IV; JOHN PAUL PURSSORD

   Defendants - Appellees

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Baltimore |
|---|---|
| Originating Case Number | 1:09-cv-00667-JFM |
| Date notice of appeal filed in originating court: | 04/08/2016 |
| Appellant (s) | B. Diane Tamariz-Wallace, et al. |
| Appellate Case Number | 16-1405 |
| Case Manager | Ashley B. Webb<br>804-916-2704 |